

PAGE ONE OF TWO

THE UNITED STATES OF AMERICA, Plaintiff

v.                                                                                  **12-CV-20734-LENARD/O'SULLIVAN**

Malek Brouri, Jo Anne Zaroway, John Doe and Jane Doe, Defendants

### RESPONSE IN A CIVIL ACTION

This response is submitted in reference to above-styled case. An attorney has not been consulted.

**I understand that the account with the Small Business Administration is in arrears.** It may be that my former spouse and I are jointly and severally responsible for the debt. In any event, **under the terms of the divorce decree authorized by the Court**, after more than 25 years of marriage and after I learned some of the funds had been diverted to expenses not envisioned by the loan and after I learned he had another, *secret* family, **Malek Brouri accepted full and complete responsibility for this and other debts.** I do not know if you have been successful in serving Malek Brouri with his copy of the summons I received. I do not know where he is currently living or working or if he is doing so. I have been made to understand he has had some health issues.

During the separation and subsequent to the divorce which coincided with the economic downturn, **my personal financial situation deteriorated** significantly. Under no circumstances do I wish to lose my home for any reason much less the amount of the SBA loan. **I cannot believe that the government or the agency wishes me to lose my home. I would like to propose a solution** I hope the plaintiff and the Court finds acceptable.

On **Saturday, March 24th I will mail a check to the SBA in the amount of $1,750.00** (One Thousand Seven Hundred Fifty dollars) or more. **Thereafter, I will pay a minimum of $500.00** (Five Hundred dollars) **per month** until the account is brought in to a current, on-time, status. Meanwhile, any help you can provide to me to ensure that Malek Brouri honors his debt would be appreciated.

PAGE TWO OF TWO

THE UNITED STATES OF AMERICA, Plaintiff

v.                                           12-CV-20734-LENARD/O'SULLIVAN

Malek Brouri, Jo Anne Zaroway, John Doe and Jane Doe, Defendants

---

Please know that I have never intended to shirk my responsibilities. I am only able to make the proposal above because my job status very recently changed (March 6, 2012). My bi-weekly income has nearly doubled. I work at Miami Dade College at the Wolfson Campus for the Center for Community Involvement (soon to be Institute for Civic Engagement and Democracy). Despite these tight financial times I anticipate continued and steady employment.

I will proceed with the payment plan outlined above. Meanwhile, I will await further instruction from the Court. I thank everyone involved in advance for patience and kind consideration.

Submitted by:

*Jo Anne Zarowny* / March 21, 2012

**Jo Anne Zarowny** (Note: my surname is misspelled in the original filing)
231 Northeast 104 Street
Miami Shores, Florida 33138-2015
Cell: 305-978-1860
Desk phone at work: 305-237-3530

**My intention is to file this with the U.S. District Court, Southern District of Florida, Clerk of Court**
and to mail a copy to:    Timothy C. Treanor, Esq.
(w/ return receipt)         Special Assistant United States Attorney
                            Southern District of Florida
                            Suite 7500, 409 3rd Street SW
                            Washington, DC  20416

in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
| --- | --- |
| *Plaintiff* | ) |
| v. | ) Civil Action No. |
| Malek Brouri, JoAnne Zaroway, John Doe and Jane Doe | ) **12-CV-20734-LENARD/O'SULLIVAN** |
| *Defendant* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* ~~Jane Doe~~ Jo Anne Zaroway
231 N.E. 104th Street
Miami Shores, FL 33138-2015

REC'D _____
SERVED OB 2/21/12
DATE _____
TIME 1512  8W A
P.S. _____
(PRINT/SIGN NAME)

CERTIFIED IN THE CIRCUIT
COUNTY COURT # _____

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Timothy C. Treanor, Esq.
Special Assistant United States Attorney
Southern District of Florida
Suite 7500, 409 3rd Street SW
Washington, DC 20416

MILITARY
Yes ___ No
MARRIED
Yes ___ No
MOBILE HOME
Yes ___ No

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

Date: **February 22, 2012**

Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Alex Rodriguez
Deputy Clerk
U.S. District Courts

MUST PROVIDE FOLLOWING INFORMATION:
M/F: _____ RACE: _____ WEIGHT: _____
AGE: _____ HEIGHT: _____ HAIR: _____

14280K



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>Malek Brouri, JoAnne Zaroway, John Doe and Jane Doe<br>    Defendants. | COMPLAINT |

Plaintiff, UNITED STATES OF AMERICA, by and through its undersigned Special Assistant United States Attorney, files this Complaint to Foreclose a Mortgage and alleges:

1. This is an action brought by the UNITED STATES OF AMERICA on behalf of its Agency, the United States Small Business Administration ("SBA").

2. This Court has jurisdiction pursuant to Title 28 United States Code, Section 1345.

3. This is an action to foreclose a mortgage on real estate located in Miami-Dade County, Florida.

4. On April 6, 2006, defendants Malek Brouri and JoAnne Zaroway, executed a Promissory Note in the principal amount of $40,000,