UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

THE UNITED STATES OF AMERICA,
Plaintiff,

v.

Malek Brouri and Joanne Zarowny, et al

Defendants.

<u>Case No.: 12-CV-20734-Lenard/Goodman</u>
OPPOSITION TO MAGISTRATE'S

RECOMMENDATION

(Perhaps, REQUEST FOR ORDER TO VACATE-?) plus ADD'L. INFO

FILED by ___ D.C.
MAY 08 2017
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

## **OPPOSITION TO MAGISTRATE'S RECOMMENDATION**

## **(Perhaps, REQUEST FOR ORDER TO VACATE-?)**

It is my underrstanding a default judgement be rendered against me (Zarowny) due to my failure to appear at a telephonic conference.

I acknowledge I did not appear in a timely manner. In fact, I attempted to appear the day immediately following the scheduled conference. My error was the result of being mistaken about the day/date. That confusion was likely a function of not having worked a long time and no longer receiving a print paper each morning. In addition, I have been grappling with depression.

As mentioned, I did call the next day, certain it was the correct time and date, entered the requisite codes and waited. When no one else joined the call despite admonitions not to be tardy, I tried a few more times thinking it was a telephone problem. Finally I verified the instructions and realized my mistake.

I do not want to lose my home. I am seeking funding at this time. Also, for the first time in 3.5 years since a grant program I was leading expired, I have a prospective job on the horizon. The hiring process should be completed in the next few weeks.

I respectfully ask the Court to reconsider the order of Default in my case in consideration of the situation(s) described above.

Respectfully submitted,

*[signature]*

JOANNE ZAROWNY, DEFENDANT

231 Northeast 104 Street
Miami Shores, FL 33138-2015

Cellular Phone: 305-978-1860

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

THE UNITED STATES OF AMERICA,          **Case No.: 12-CV-20734-Lenard/Goodman**

                                                                        CERTIFICATE OF SERVICE

v.

Malek Brouri and Joanne Zarowny, et al


CERTIFICATE OF SERVICE


I, Jo Anne Zarowny, herewith certify that I have served plaintiff's attorney, Timothy Treanor with a copy of the Opposition to Magistrate's Recommendation/ Perhaps, Order to Vacate, electronically at Timothy.treanor@sba.gov, this 8st day of May, 2017.