UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 12-CV 20734-Lenard/Sullivan

THE UNITED STATES OF AMERICA,

    Plaintiff,

v.

Malek Brouri and Joanne Zarowny,

    Defendants.
_____/

## MEDIATION DISPOSITION REPORT

A mediation conference was held and conducted by Robert D. McIntosh, Esq. on September 21st, 2017. The following individuals were present at the Mediation:

    a) Timothy Treanor, Esq. United States Attorney's office; US .Small Business Administration by telephone from Washington, DC..

    b) Joanne Zarowny in person.

The result of the Mediation Conference is as follows:

    The parties have reached a Settlement Agreement.

Respectfully submitted,

By: **s/ Robert D. McIntosh**
Robert D. McIntosh, Esquire (FBN: 115490)
Email: rdm@mcintoshschwartz.com
**McIntosh Schwartz P.L.**
888 S.E. 3rd Avenue, Suite 201
Fort Lauderdale, FL 33301
Telephone: (954) 660-9888
Facsimile: (954) 760-9531

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: */s Robert D. McIntosh*
Robert D. McIntosh (FBN115490)
Adam B. Cooke (FBN 0634182)

## SERVICE LIST

Robert D. McIntosh
E-mail: rdm@mcintoshschwartz.com
Adam B. Cooke
E-mail: acooke@mcintoshschwartz.com
**McINTOSH SCHWARTZ, P.L.**
888 Southeast 3rd Avenue, Suite 201
Fort Lauderdale, Florida  33316-1159
Telephone: 954-660-9888
Facsimile: 954-760-9531
*Mediator*


Timothy Treanor, Esq.
Special Assistant to U.S. Attorney
US Small Business Administration, Room 7500
409 3rd Street, SW
Washington, DC 20416
E-mailTimothy.Treanor@sba.gov
T: 202 616-1029
F: 202-481-5875


JoAnne Zaroway
231 N.E. 104th Street
Miami Shores, FL 33138
Pro Se