UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE UNITED STATES OF AMERICA,
　　Plaintiff,

v.

Malek Brouri and Joanne Zarowny, et al
　　Defendants.

Case No.: 12-CV-20734-Lenard/Goodman
Stipulated Final Judgment of Foreclosure

## STIPULATED FINAL JUDGMENT OF FORECLOSURE

THIS CAUSE has come before the Court upon the joint stipulation to the terms of this Final Judgment of Foreclosure. Plaintiff United States of America and Defendant Joanne Zarowny have stipulated to the terms of this judgment as evidence by the signatures on the last page of this judgment. The Court has considered the pleadings and affidavits filed into the record of this matter and the stipulation of Plaintiff and Defendants and finds that there are no disputed issues of material fact and that Plaintiff is entitled to final judgment as prayed for as a matter of law. Accordingly, it is therefore

**ORDERED AND ADJUDGED:**

1. This Court has jurisdiction of the subject matter and of the parties to this cause.

2. This Court has previously rendered default judgment against Defendant Malek Brouri. (Document #38 )

3. The allegations of the complaint are found to be true and the equities of this cause appear to be with the Plaintiff as the same pertain to the property hereinafter ordered to be sold.

4. There is due and owing Plaintiff, UNITED STATES OF AMERICA, by the Defendants Joanne Zarowny and Malek Brouri, on account of the promissory note dated April 6, 2006, described in paragraph four of the complaint herein, the sum of twenty-seven thousand, seven hundred forty-seven and 58/100 ($27,747.58) dollars as of September 22, 2017, with interest continuing to accrue at a rate of $1.86 a day.

5. For the payment of the said sum due Plaintiff, the Plaintiff has a valid lien on the real property encumbered by the mortgage being foreclosed herein and the Plaintiff is entitled to foreclose its said mortgage lien, which is described as:

> Lot 17, and the east one-half of Lot 16, Block 120, Amended Plat of Section 5, Miami Shores, according to the plat thereof, as recorded in plat book 10, page 47, of the public records of Miami-Dade County, Florida.

Such property known commonly as 231 NE 104th Street, Miami Shores, FL 33138-2015 ("the property").

6. Plaintiff's said mortgage lien is superior in dignity to any right, title, interest or claim of the Defendants herein or of any person or party claiming by, through or under said Defendants.

7. If the aforesaid sums are not paid by the effective date of this Order to the Plaintiff, the property shall be sold to the highest and best bidder for cash, at public outcry, on the steps of the Miami-Dade County Courthouse in Miami, Florida, such property being sold free and clear of any right, title and interest of the Defendants herein or any and all persons, firms and corporations claiming

by, through, under or against said Defendants, at a sale to be held by the United States Marshal for this district, or his duly authorized deputy, who is to report his acts and doings in that behalf to this Court.

8. The United States Marshal or his authorized deputy is directed to publish notices of sale, describing the property to be sold, once a week for four (4) consecutive weeks immediately prior to sale; such sale to be made to the highest and best bidder for cash, subject to the right reserved to Plaintiff to bid in such property and apply its bid to the indebtedness due it as hereinabove set forth. The notice of sale shall be in a newspaper of general circulation in Miami-Dade County, Florida.

9. The United States Marshal is hereby authorized to enter a protective bid at the above described sale on behalf of the plaintiff United States of America.

10. Upon receipt of the purchase price bid at each said sale, the United States Marshal or his authorized deputy shall make a report of the sale to this Court for confirmation. Upon such confirmation, the Marshal is directed to make and execute a good and sufficient Marshal's Deed conveying the real property to the purchaser or purchasers thereof.

11. From the proceeds arising from the sale of the aforesaid property, the Marshal shall retain his fees and costs incurred in connection with said sale and shall pay over the remainder of the proceeds to Plaintiff United States of America to the extent of its aforesaid lien. The balance shall remain in the registry of this Court pending its further order.

12. Upon each confirmation of sale, the Defendants and all persons claiming by, through, under or against them, shall stand forever barred and foreclosed of all right, title and interest in and to said property and the purchasers thereof shall be entitled to immediate possession of said property.

13. This Court retains jurisdiction of this action to make further orders that are proper, including an order confirming sale and a deficiency judgment.

14. This Judgement shall take effect on April 23, 2018.

DONE AND ORDERED in Chambers at Miami, Miami-Dade County, Florida, this 13 day of Oct., 2017.

Hon. Joan Lenard
United States District Judge

ATTEST:
Stephen M. Larimore
Clerk of the Court

**Distribution List**
Joanne Zarowny
Timothy C. Treanor, Esq.

By:_____
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE UNITED STATES OF AMERICA,
   Plaintiff,

v.

Malek Brouri and Joanne Zarowny, et al
   Defendants.

**Case No.: 12-CV-20734-Lenard/Goodman**
Stipulated Final Judgment of Foreclosure

## STIPULATION TO FINAL JUDGMENT IN FORECLOSURE

BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY
Timothy Treanor, Esq.
Small Business Administration
Special Assistant United States Attorney
Southern District of Florida
Room 7221, 409 3rd Street, SW
Washington, DC 20416
Telephone: 202.619.1029
Facsimile: 202.481.5875
E-Mail: Timothy.Treanor@sba.gov
Court ID A550115
Attorney for Plaintiff

JOANNE ZAROWNY
Defendant *pro se*
231 NE 104th Street
Miami, FL 33026
Telephone (305)978-1860

5