UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>   Plaintiff,<br><br>v.<br><br>Malek Brouri and Joanne Zarowny, et al<br>   Defendants. | **Case No.: 12-CV-20734-Lenard/Goodman**<br>MOTION FOR CONFIRMATION OF SALE |

**MOTION FOR CONFIRMATION OF SALE AND DISBURSEMENT OF FUNDS**

     The United States of America moves this Court for an order confirming the sale of the real property which is the subject matter of this litigation and for the disbursement of the sale proceeds, and as grounds therefor states that, according to the Marshal's Report of Sale, previously filed herein (DE # 67), the court-ordered sale was held on June 1, 2018.  Ten days have passed, and no objection to the sale has been filed.  The Marshal's Report of Sale reflects that subject real property was offered to the highest bidder after publication of a Notice of Sale in accordance with Title 28, United States Code, Sections 2001-2002 (see attached affidavit of publication), and that Mr. Ed Capital Corp. of P.O. Box 170938, Hialeah, FL 33017 was the high bidder, bidding the sum of $30,000.00, and the subject real property was sold to him.

     WHEREFORE, for the reasons given above, the Court should enter an order:

    1. Confirming the sale of the subject real property;

    2. Directing the Marshal to disburse the sale proceeds to the United

States Small Business Administration in accordance with the Court's final judgment (Document # 66).

    4. Directing the Marshal to execute and deliver a deed to the subject real property in the name of Mr. Ed Capital Corp., P.O. Box 170938, Hialeah, FL 33017.

    Respectfully submitted,

    BENJAMIN J. GREENBERG
    UNITED STATES ATTORNEY

    ___/s/ T.C. Treanor_____
    Timothy Treanor
    Small Business Administration
    Special Assistant United States Attorney
    Southern District of Florida
    409 3rd Street, SW
    Washington, DC 20416
    Telephone: 202.619.1029
    Facsimile: 202.481.5875
    E-Mail: Timothy.Treanor@sba.gov
    Court ID A550115

June 13, 2018

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I served a copy of this motion by first class mail on the successful bidder, Stephen Springer, 606 SW 16th Street, Fort Lauderdale, FL. 33315-1604 this 21st day of October, 2014.

       /s/ T.C. Treanor_____
Timothy Treanor
Small Business Administration
Special Assistant United States Attorney
Northern District of Florida
409 3rd Street, SW
Washington, DC 20416
Telephone: 202.619.1029
Facsimile: 202.481.5875
E-Mail: Timothy.Treanor@sba.gov
Court ID A550115