**PRO SE FILING**

June 14, 2018



United States of America

VS  Malek Brouri and **Joanne Zarowny**

**Case 1:12-cv-20734-JAL**

**Objection to Sale** for Inadequate and Inappropriate Notification

**Request for Review**

**Request to Halt Further Action Until Review**

I wish to formally object to what has happened in my case.  I am aware of the importance of the date of April 23, 2018 as a trigger for further activity and ultimate sale if I did not resolve everything prior to that sale.   It has been my understanding from many attorneys whom I have consulted that I would receive notification of the actual date of sale on the courthouse steps.

I have been working steadily to secure a bankruptcy attorney in order to halt what I thought was that impending action.  <u>I was not notified of the date of sale/auction</u>.  I have been repeatedly advised that I would be officially notified by sheriff or certified mail or some other obvious manner as I am very easy to contact.  There is no discernable reason why notice occurred only through publication, unless to intentionally diminish the likelihood of my objection and legitimate intervention through the filing of bankruptcy.

That does not seem right.

<u>Only yesterday</u> did I become aware, after receiving email copies from the SBA attorney who prosecuted my case, that my house had been sold.  All copies attached.

In addition, frankly it seems suspicious to me that in Miami Shores where people knock on my door regularly offering me immediate $200,000+ no questions asked cash for my home, (which is likely less than half of the fair market value) that a legitimate highest bidder would be successful with only $30,000 offered.

When I spoke to a Legal Aid intake person I was told that in the event I receive notice of sale, I should immediately file a pro se bankruptcy to hold my position until such time as my attorney of record is officially secured.  The only reason I did not do that is that I never received specific notice of sale, despite being at home most of the time and assiduously checking my mail daily.  That would have been the reasonable way to communicate with a common person who may be easily contacted.  Again, there appears to be a disappointing lack of good will in this end process which seems to be resulting in the loss of my home of about 30 years.

Tomorrow is the soonest I can talk to an attorney.  I am working today and will file this objection or pleading or whatever would be the proper title of the document on my lunch hour today in hopes it will serve some purpose to halt and allow for careful review of what has happened to me here.

Humbly and respectfully submitted,

Jo Anne Zarowny
231 NE 104 Street
Miami Shores, FL  33138-2015
jzarowny@gmail.com
jzarowny@mdc.edu
cell   305-978-1860
office   305-237-7993 or 7174

Attachments: Emails referenced in body of this document received by me on June 13, 2018. 9 pages.Cc:  Timothy C. Treanor, Esq., SBA - via email to timothy.treanor@sba.gov

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*



| PLAINTIFF United States of America | COURT CASE NUMBER 1:12-cv-20734 |
|---|---|
| DEFENDANT Malek Brouri, Joanne Zarowny, et al | TYPE OF PROCESS |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | Joanne Zarowny |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| | 231 NE 104th Street, Miami Shores, FL 33138-2015 |

**RECEIVED APR 26 2018 BY: Civil - USMS**

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

| | Number of process to be served with this Form 285 | |
|---|---|---|
| Timothy C. Treanor, Esq. Special Assistant U.S. Attorney, Southern District of Florida Room 7221, 409 3rd Street Washington, DC 20416 | Number of parties to be served in this case | |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

SALE: June 1, 2018
Dade County Courthouse

| Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 202.619.1029 | DATE 4/26/18 |
|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (*Sign only for USM 285 if more than one USM 285 is submitted*) | Total Process 1 | District of Origin No. 04 | District to Serve No. 04 | Signature of Authorized USMS Deputy or Clerk | Date 4-26-2018 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc shown at the address inserted below

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

| Name and title of individual served (*If not shown above*) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|

**FILED by S?S D.C.**

**JUN 13 2018**

**STEVEN M. LARIMORE CLERK U.S. DIST. CT. S. D. of FLA. – MIAMI**

| Address (*complete only different than shown above*) | Date 06-01-18 | Time 12:00 ☐ am ☒ pm |
|---|---|---|
| | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS: 6-1-18 - Sold to Mr. Ed Capital Corp. for $30,000.00

DISTRIBUTE TO: 1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13

Case 1:12-cv-20734-JAL   Document 68   Entered on FLSD Docket 06/13/2018   Page 1 of 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE UNITED STATES OF AMERICA,
    Plaintiff,

v.

Malek Brouri and Joanne Zarowny, et al
    Defendants.

**Case No.: 12-CV-20734-Lenard/Goodman**
MOTION FOR CONFIRMATION OF SALE

### MOTION FOR CONFIRMATION OF SALE AND DISBURSEMENT OF FUNDS

The United States of America moves this Court for an order confirming the sale of the real property which is the subject matter of this litigation and for the disbursement of the sale proceeds, and as grounds therefor states that, according to the Marshal's Report of Sale, previously filed herein (DE # 67), the court-ordered sale was held on June 1, 2018.  Ten days have passed, and no objection to the sale has been filed.  The Marshal's Report of Sale reflects that subject real property was offered to the highest bidder after publication of a Notice of Sale in accordance with Title 28, United States Code, Sections 2001-2002 (see attached affidavit of publication), and that Mr. Ed Capital Corp. of P.O. Box 170938, Hialeah, FL 33017 was the high bidder, bidding the sum of $30,000.00, and the subject real property was sold to him.

WHEREFORE, for the reasons given above, the Court should enter an order:

    1.  Confirming the sale of the subject real property;

    2.  Directing the Marshal to disburse the sale proceeds to the United

States Small Business Administration in accordance with the Court's final

judgment (Document # 66).

    4.  Directing the Marshal to execute and deliver a deed to the subject real

property in the name of Mr. Ed Capital Corp., P.O. Box 170938, Hialeah, FL

33017.

               Respectfully submitted,

               BENJAMIN J. GREENBERG
               UNITED STATES ATTORNEY


               ___/s/ T.C. Treanor_____
               Timothy Treanor
               Small Business Administration
               Special Assistant United States Attorney
               Southern District of Florida
               409 3rd Street, SW
               Washington, DC 20416
               Telephone: 202.619.1029
               Facsimile: 202.481.5875
               E-Mail: Timothy.Treanor@sba.gov
               Court ID A550115

June 13, 2018

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I served a copy of this motion by first class mail on the successful bidder, Stephen Springer, 606 SW 16th Street, Fort Lauderdale, FL. 33315-1604 this 21st day of October, 2014.

/s/ T.C. Treanor
Timothy Treanor
Small Business Administration
Special Assistant United States Attorney
Northern District of Florida
409 3rd Street, SW
Washington, DC 20416
Telephone: 202.619.1029
Facsimile: 202.481.5875
E-Mail: Timothy.Treanor@sba.gov
Court ID A550115

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE UNITED STATES OF AMERICA,
   Plaintiff,

v.

**Case No.: 12-CV-20734-Lenard/Goodman**
**ORDER**

Malek Brouri and Joanne Zarowny, et al
   Defendants.

**ORDER CONFIRMING SALE**

Before me is the United States' Motion for Confirmation of Sale and Disbursement of Funds (D.E. # 68).

It appearing that the United States Marshal has carried out his duties in accordance with Title 28, United States Code, Sections 2001-2002; that Mr. E Capital Corp., P.O. Box 170938, Hialeah, FL 33017 was the high bidder, bidding the sum of $30,000.00; that the subject property was sold to it for that amount; that the sales price has been paid to the Marshal for disbursement in accordance with the order of this Court; and that the Court having been fully advised in the premises, it is, therefore,

ORDERED that the sale of the subject real property reported in the Marshal's Report of Sale filed June 13, 2018, is hereby confirmed; and it is

FURTHER ORDERED that the Marshal disburse the sale proceeds To the United States Small Business Administration; and it is

FURTHER ORDERED that the Marshal execute and deliver a deed to the subject real property in accordance with the Report of Sale to Stephen Springer, 606 SW 16th Street, Fort Lauderdale, Florida 33315-1604.

DONE and ORDERED this _____ day of _____, 2018.


_____
JOAN A. LENARD
UNITED STATES DISTRICT JUDGE

c.: Counsel of record

## MIAMI DAILY BUSINESS REVIEW

Published Daily except Saturday, Sunday and
Legal Holidays
Miami, Miami-Dade County, Florida

STATE OF FLORIDA
COUNTY OF MIAMI-DADE:

Before the undersigned authority personally appeared
KESHA BASSUE, who on oath says that he or she is the
LEGAL CLERK, Legal Notices of the Miami Daily Business
Review f/k/a Miami Review, a daily (except Saturday,
Sunday and Legal Holidays) newspaper, published at Miami
in Miami-Dade County, Florida; that the attached copy of
advertisement, being a Legal Advertisement of Notice in the
matter of

12-20734
NOTICE OF U.S. MARSHALS SERVICE SALE
UNITED STATES OF AMERICA
VS. MALEK BROURI AND JOANNE ZAROWNY, ET AL.

in the U.S DISTRICT Court,
was published in said newspaper in the issues of

05/08/2018 05/15/2018 05/22/2018 05/29/2018

Affiant further says that the said  Miami Daily Business
Review is a newspaper published at Miami, in said Miami-Dad
e  County,  Florida  and  that  the  said  newspaper  has
heretofore  been  continuously  published  in  said  Miami-Dade
County,  Florida  each  day  (except  Saturday,  Sunday  and
Legal Holidays) and  has been entered as second class mail
matter at the post office in Miami in said Miami-Dade County,
Florida, for a period of one year next preceding the first
publication of the attached copy of advertisement; and affiant
further says that he or she has neither paid nor promised any
person, firm or corporation any discount, rebate, commission
or refund for the purpose of securing this advertisement for
publication in the said newspaper.



Sworn to and subscribed before me this
29  day of  MAY, A.D. 2018

(SEAL)
KESHA BASSUE personally known to me

BARBARA THOMAS
Commission # GG 121171
Expires November 2, 2021
Bonded Thru Troy Fain Insurance 800-385-7019

12 - 20734

Judgment Amount: $ 27,747.66
(plus interest according at the rate
of $1.38 a day from 10/19/2017)
Dated: this 1ST day of May, 2018.
BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY
/s/ T.C. Treanor
TIMOTHY C. TREANOR
Special Assistant U.S. Attorney
Timothy.treanor@sba.gov
Court ID A5501156
U.S. Small Business Adminis-
tration
Suite 7500
409 3rd Street SW
Washington, DC 20416
Telephone 202.619.1029
Facsimile 202.481.5875
Amos Rojas, Jr.
United States Marshal
5/8-15-22-29    18-75/0000316706M

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

THE UNITED STATES OF AMERICA,
    Plaintiff,

   v.

Malek Brouri and Joanne Zarowny, et al
    Defendants.

**Case No.: 12-CV-20734-Lenard/Goodman**
**ORDER**

### ORDER CONFIRMING SALE

Before me is the United States' Motion for Confirmation of Sale and Disbursement of Funds (D.E. # 68).

It appearing that the United States Marshal has carried out his duties in accordance with Title 28, United States Code, Sections 2001-2002; that Mr. E Capital Corp., P.O. Box 170938, Hialeah, FL 33017 was the high bidder, bidding the sum of $30,000.00; that the subject property was sold to it for that amount; that the sales price has been paid to the Marshal for disbursement in accordance with the order of this Court; and that the Court having been fully advised in the premises, it is, therefore,

ORDERED that the sale of the subject real property reported in the Marshal's Report of Sale filed June 13, 2018, is hereby confirmed; and it is

FURTHER ORDERED that the Marshal disburse the sale proceeds To the United States Small Business Administration; and it is

FURTHER ORDERED that the Marshal execute and deliver a deed to the subject real property in accordance with the Report of Sale to Stephen Springer, 606 SW 16th Street, Fort Lauderdale, Florida 33315-1604.

**DONE AND ORDERED** in Chambers at Miami, Florida this 13th day of June, 2018.

_____

**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**

c.: Counsel of record