UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 12-20734-CIV-LENARD/GOODMAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOANNE ZAROWAY, et al.,

    Defendants.

_____/

## ORDER SETTING HEARING ON MOTIONS

On July 10, 2018, United States District Judge Joan A. Lenard referred the following motions to the Undersigned: JoAnne Zaroway's Request for Review [ECF No. 70], Motion to Stay [ECF No. 71], and all related motions and pleadings. [ECF No. 74]. It is **ORDERED** that a hearing on these motions will take place before Magistrate Judge Jonathan Goodman in Courtroom 3 on the 11th Floor of the James Lawrence King Federal Justice Building, 99 Northeast Fourth Street, Miami, Florida, on **November 7, 2018, at 2:30 p.m.**

Ms. Zaroway, counsel for the United States of America, and counsel for the sale purchaser are all required to attend the hearing in-person. The parties should be prepared to discuss the applicability of the 10-day objection period contained in Florida

Statute § 45.031 and whether there is any evidence concerning Ms. Zaroway's knowledge of the 10-day objection requirement. Ms. Zaroway also appears to be complaining about the amount of the sale price for the subject property, suggesting that it is unreasonably and inequitably low. The parties should be prepared to discuss this argument, as well.

If the parties intend to rely on any caselaw or authorities at the hearing, then those materials must be submitted to the Court on or before **November 2, 2018.**

**DONE AND ORDERED** in Chambers, at Miami, Florida, on October 24, 2018.

_____
Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

**Copies furnished to:**
Honorable Joan A. Lenard

Counsel of Record

JoAnne Zaroway
231 Northeast 104th Street
Miami Shores, FL  33138-2015
jzarowny@gmail.com